**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 3-05-70322 EDL |
| Plaintiff, | ) ) ) | ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | ) ) | |
| RODNEY ASUEGA | ) ) | San Francisco Venue |
| Defendant. | ) ) ) | |

Based upon the representations at the hearing conducted on June 21, 2005, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

1. This matter is continued to July 14, 2005 at 3:00 p.m. for a further status report on the medical condition and prognosis of the defendant.

2. The Court finds that, the defendant was released from the hospital and has a second postoperative consultation with his treating physician scheduled for June 30, 2005. The Court further finds that the defendant will be scheduled for chemotherapy treatments after consultation with an oncologist on July 12, 2005. In an Order issued by this Court on May 26, 2005, the defendant was

1 | released, under conditions of house arrest, for the purpose of obtaining medical treatment at the
2 | University of Southern California Medical Center. The house arrest was to be at the home of Faustine
3 | Filomona in Los Angeles. The defendant was permitted to leave the home for medical treatment and
4 | court appearances. The defendant attended the hearing of June 21 and requested permission to reside,
5 | under conditions of house arrest at his parents home in San Francisco until June 28, 2005.

6 |     3.     IT IS HEREBY ORDERED THAT: the conditions of release are modified to permit the
7 | defendant to reside at his parents home, under conditions of house arrest, until June 28, 2005, when he
8 | is ORDERED to return to Los Angeles for medical treatment.

9 |     IT IS FURTHER ORDERED THAT: counsel for the defendant shall file with this
10 | Court a statement documenting the defendant's current medical condition and prognosis. This
11 | statement shall include detailed information reflecting current medical opinion.

12 |     SO ORDERED.

14 | DATED: June 23, 2005

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

2