```
 1  JAMES BUSTAMANTE, SBN 133675
    809 Montgomery, 2nd Floor
 2  San Francisco, California  94133
    Telephone: 415/394-3800
 3
    Attorney for Defendant
 4  RODNEY ASUEGA
```




FILED
MAR 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 8              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9                 SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,

13           Plaintiff,              CR 3-05-mj-70322-EDL-1

15      v.                           STIPULATION AND [        ]
                                     ORDER TO EXONERATE BOND AND
16                                   RECONVEY PROPERTY
    RODNEY ASUEGA,
17
18           Defendant.
19  _____/

20       IT IS HEREBY STIPULATED between the parties that the
21  $540,000.00 secured property bond be exonerated because the
22  United States District Court for the District of Hawaii ordered
23  the underlying case dismissed on February 25, 2007.  (See Order
24  attached hereto as Exhibit A.)  The properties known as 525
25  South Ardmore Avenue, #149, Los Angeles, California 90020 and
26  266 Hahn Street, San Francisco, California 94134, shall be
27  released and exonerated and the same be returned to its owners
28  free and clear of any Federal lien as bail for the above
```

defendant.

_____
JAMES BUSTAMANTE
Attorney for Defendant
Dated: 3/12/07

_____
GARTH HIRE
Assistant U.S. Attorney
Dated: 3/16/07

**IT IS SO ORDERED.**

Dated: 3/22/07

_____
ELIZABETH D. LAPORTE
Magistrate Judge
United States District Court

**EXHIBIT A**



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED

FEB 16 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007 at 11 o'clock and 41 min __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ASUEGA,

    Defendant.

No. CR 02-00098 HG

ORDER GRANTING
MOTION TO DISMISS

Based upon defendant's Motion to Dismiss, including, the Certificate of Death attached thereto as Exhibit A, showing that Rodney Asuega was pronounced dead on December 27, 2006, this Court grants defendant's motion.

IT IS HEREBY ORDERED that the Indictment, charging Rodney Asuega in the above-captioned case, is hereby dismissed with prejudice.

SO ORDERED at Honolulu, Hawaii, February 25, 2007.

**HELEN GILLMOR**

HELEN GILLMOR
Chief U.S. District Court Judge